UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

To: Corey Pierre Pollard

CC: Andrew White, Esquire; AUSA Darren Gardner

From: Judge Peter J. Messitte

Re: <u>United States v. Pollard</u>
Criminal No. PJM 14-303

Date: December 20, 2022

\*\*\*\*\*\*\*\*

Dear Mr. Pollard:

On February 25, 2022, you filed a Motion indicating that you would like for your present attorney, Andrew White, Esquire, to withdraw from the case. You indicate that Mr. White had not withdrawn. It is not clear whether you privately retained him. In any event, insofar as Mr. White is in any way connected with the case, your "Motion" is **GRANTED** and his appearance on your behalf is hereby **STRICKEN**.

However, you are advised that a criminal defendant has no right to the appointment of an attorney to present requests for modification of the terms of supervised release while the defendant is on supervised release. Accordingly, you must either engage an attorney on your own or proceed pro se. If you are still seeking modification of any terms of your supervised release, you must file – either on your own or through new counsel – a request for modification. Thereafter, the Probation Department and/or the U.S Attorney may respond to your request. The Court will then rule on your request.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
Peter J. Messitte
United States District Judge

1

CC:     Court File